ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE BIBB DAVIS (CABN 184957)
ALISON E. DAW (CABN 137026)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Julie Bibb Davis Phone: (415) 436-7066
Alison E. Daw Phone: (415) 436-7073
Fax: (415) 436-6748
julie.davis@usdoj.gov
alison.daw@usdoj.gov

Attorneys for Defendant Matthew G. Whitaker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL A. BALLESTRASSE, | CASE NO. 17-CV-01875 SK |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CASE SCHEDULE; ORDER APPROVING** |
| MATTHEW G. WHITAKER[1], ACTING UNITED STATES ATTORNEY GENERAL | Honorable Sallie Kim |
| Defendant. | |

The parties have been working diligently on this complex employment case. Fact discovery is closed, expert reports have been exchanged, and only two expert depositions remain. Given unexpected demands on counsels' time, the likelihood of a government shutdown (during which time defense counsel would be prohibited from working on this matter), and a seriously ill family member, counsel respectfully request that the Court continue the remaining deadlines in this case, including the trial date, by three months. The parties also request that time be allocated after summary judgment for a

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Attorney General Matthew G. Whitaker is automatically substituted for his predecessor in office.

1

settlement conference with Judge Ryu prior to the deadline for submission of pre-trial papers. Specifically, the parties are requesting the following schedule changes:

1. **Expert discovery cut-off** is currently January 4, 2019. The parties request that it be continued to **April 5, 2019**.

2. **Opening brief** for summary judgment is due January 18, 2019. The parties request that the due date for the opening brief be continued to **April 29, 2019**, three weeks after closure of expert discovery.

3. The **opposition and cross-motion** for summary judgment (if any) is currently due February 1, 2019. The parties request that the due date be continued to **May 20, 2019**.

4. The **opposition to cross-motion and reply** to original motion is due February 15, 2019. The parties request that it be continued to **June 3, 2019**.

5. The **reply** in support of the cross-motion is due February 25, 2019. The parties request that the due date be continued to **June 10, 2019**.

6. The **hearing** on the cross motions for summary judgment is currently scheduled for March 11, 2019. The parties request that the hearing be continued to **June 24, 2019**.

7. The parties request a deadline of **July 19, 2019** to complete a settlement conference with Judge Ryu.

8. The **pretrial conference** is currently scheduled for May 29, 2019. The parties request that the pretrial conference be continued to **August 23, 2019**.

9. **Trial** is currently scheduled to begin on June 18, 2019. The parties request that it be continued to **September 24, 2019**, or as soon thereafter as can be accommodated on the Court's schedule.

IT IS SO STIPULATED.

STEWART & MUSELL, LLP

DATED: December 20, 2018  */s/ Wendy E. Musell*[2]
WENDY E. MUSELL

---

[2] I, Alison E. Daw, hereby attest that I have been authorized to submit the electronic signature indicated by a "conformed" signature (/s/) within this e-filed document.

2

Attorneys for Plaintiff

ALEX G. TSE
United States Attorney

DATED: December 20, 2018

*/s/ Alison E. Daw*
ALISON E. DAW
JULIE BIBB DAVIS
Assistant United States Attorneys
Attorneys for Defendant

ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefor, the Court hereby continues the case scheduling order as follows:

1. **Expert discovery cut-off** shall be **April 5, 2019**.
2. **Opening brief** for summary judgment is **April 29, 2019.**
3. The **opposition and cross-motion** for summary judgment (if any) is due **May 20, 2019**.
4. The **opposition to cross-motion and reply** to original motion is due **June 3, 2019**.
5. The **reply** in support of the cross-motion is due **June 10, 2019**.
6. The **hearing** on the cross motions for summary judgment shall take place on **June 24, 2019 at 9:30 a.m.**
7. The parties shall complete a settlement conference with Judge Ryu no later than **July 19, 2019.**
8. The **pretrial conference** is scheduled for **August 23, 2019 at 1:30 p.m.**
9. **Trial** will begin on **September 24, 2019**, at 9:30 a.m., or as soon thereafter as can be accommodated on the Court's schedule.

IT IS SO ORDERED.

DATED: December 21, 2018

SALLIE KIM
United States Magistrate Judge